```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```

FILED

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. F. NO. 03-5418 OWW |
|---|---|
| Plaintiff, | ) REQUEST BY THE UNITED STATES |
| | ) FOR DISMISSAL OF INDICTMENT |
| v. | ) [Fed.R.Crim.Proc. 48(a)] |
| MYRNA DAGDAGAN, | ) |
| Defendant. | ) |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and KEVIN P. ROONEY, Assistant United States Attorney, and in the interest ///

///
///
///
///
///

1

of justice, requests leave of the court to dismiss the Indictment in this case as to defendant Myrna Dagdagan only.

DATED: January 20__, 2006

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By /s/ Kevin Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: January 25, 2006

_____
Honorable OLIVER W. WANGER
United States District Court Judge

2