UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:03-cr-5418 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **MYRNA DAGDAGAN,** | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been dismissed;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Dated: March 13, 2006                 /s/ OLIVER W. WANGER
                                      OLIVER W. WANGER
                                      United States District Judge